# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

In the Interest of H.G. and H.G., minor children,

G.R.G. JR.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-2058

————————————————

January 28, 2026

Appeal from the Circuit Court for Hillsborough County; Lisa D Campbell,
Judge.

Linda C. Clark, Tampa, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee
Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd
Weitz, Tallahassee, for Appellee Statewide Guardian ad Litem Office.

PER CURIAM.

Affirmed.

LUCAS, C.J., and KELLY and VILLANTI, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.